# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 6:24-CR-03122-BCW-1 |
| ZANDER CROSS TANSY, | ) ) ) |
| Defendant. | ) |

## ORDER

Before the Court is Magistrate Judge Willie J. Epps Jr.'s Report and Recommendation (Doc. #33) concerning Defendant's competency to stand trial.

On November 6, 2024, Defendant was indicted on one count of Receipt and Distribution of Child Pornography in violation of 18 U.S.C.§ 2252(a)(2) and (b)(1). (Doc. #1). On February 11, 2025, defense counsel filed a motion for mental examination of the Defendant to determine mental competency. (Doc. #19). On February 11, 2025, the Court ordered that Defendant undergo a psychiatric or psychological examination. (Doc. #20). As a result, Defendant was examined at the Federal Correctional Institution in Butner, North Carolina, and on May 9, 2025, a psychiatric report was filed with the Court. (Doc. #25).

On July 24, 2025, Judge Epps held a hearing pursuant to 18 U.S.C. § 4247(d) for the purpose of determining Defendant's mental competency to stand trial. (Doc. #31). On July 25, 2025, Judge Epps filed the instant Report and Recommendation recommending the Court find Defendant competent to stand trial. (Doc. #33). The deadline to file objections has passed and Defendant has not filed any objections. The Court, after an independent review of the record and the applicable law, adopts the Magistrate's Report and Recommendation. Accordingly, it is hereby

1

ORDERED that the Magistrate's Report and Recommendation (Doc. #33) be attached to and made part of this Order. It is further

ORDERED the Court has found, for the reasons stated in the Report and Recommendation, that Defendant Zander Cross Tansy is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his defense.

IT IS SO ORDERED.

Dated: August 15, 2025                               /s/ Brian C. Wimes
                                                     JUDGE BRIAN C. WIMES
                                                     UNITED STATES DISTRICT COURT